**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00211-CV

**STEVEN A. DOORES, M.D., Appellant**

**V.**

**JAY D. CRUTCHER, J.D., RICHARD J. WALLACE, III, J.D., AND SCHEEF & STONE, L.L.P., Appellees**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-07315

## ORDER

We **REINSTATE** this appeal which we abated to allow the parties to mediate. By joint motion filed October 27, 2017, the parties inform us their mediation has not been completed, and they request an additional sixty days to continue their attempt to settle their dispute. We **GRANT** the motion and **ABATE** the appeal. The appeal will be reinstated when the Court receives notice from the parties that mediation has concluded or by January 3, 2018.

/s/  MOLLY FRANCIS
JUSTICE